**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 21, 2026

**Via ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***Jamcel Gonzalez Raymundo v. Markwayne Mullin, et al.***
**26 Civ. 6104 (VSB)**

Dear Judge Broderick:

This Office represents Respondents in the above-referenced habeas action. I write respectfully to request an adjournment of the telephonic conference scheduled for July 22 at 1:00 p.m., to any time after 2:00 p.m. on the same date (July 22). The reason for this request is that I have a doctor's appointment that was scheduled prior to my assignment to this case that will conflict with the 1:00 p.m. conference. This is the Respondents' first request for an adjournment and counsel for Petitioner consents to this request.

I thank the Court for its attention to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Mallika Balachandran
MALLIKA BALACHANDRAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2781
E-mail: mallika.balachandran@usdoj.gov

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/21/2026
The telephonic status conference initially scheduled for July 22, 2026 at 1:00 p.m. is hereby adjourned to July 22, 2026 at 2:30 p.m.

cc: Petitioner's counsel (via ECF)