**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

JAMCEL GONZALEZ RAYMUNDO,

Petitioner,

26 **CIVIL** 6104 (VSB)

-v-

**JUDGMENT**

MARK.WAYNE MULLIN, et al.,

Respondents.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 24, 2026, this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party. The government shall, subject to counsel's availability and on a date between August 24, 2026, and August 28, 2026, provide Petitioner with an individualized bond hearing before an immigration judge at which ICE bears the burden of establishing, by clear and convincing evidence, that he poses a danger to the community or a flight risk. At that hearing, the immigration judge must consider alternative conditions of release with respect to both dangerousness and risk of flight. If the immigration judge sets a monetary bond, he or she must consider Petitioner's ability to pay in determining the appropriate bond amount.

**Dated:** New York, New York

July 29, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**